# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

Narmon Moore
215 South Broadway Street
Lodi, Ohio 44254

Walter Wittman
689 Leisure Lane
Medina, Ohio 44256-1690

     Plaintiffs,

       v.

PFIZER, INC.,
Serve: Registered Agent
CT Corporation
36 East Seventh Street Suite 2400
Cincinnati, Ohio 45202

CASE NO.: 3:05-CV-00199

MDL Docket No. 1699

**ORDER OF DISMISSAL
WITHOUT PREJUDICE**

Transferred from:
The United States District Court
Southern District of Ohio
Western Division
Civil Action No.: 3:05-CV-00199

     Pursuant to Rule 41 (a)(2) of the Federal Rules of Civil Procedure, Plaintiffs Narmon Moore, Walter Wittman and Defendant Pfizer, Inc. move to dismiss this case without prejudice.  The parties have agreed that each party will bear their own costs and fees in this matter.  Should Plaintiffs Narmon Moore, Walter Wittman or a representative of Plaintiffs attempt to re-file claim against Pfizer, Inc. they shall do so only by filing it in the United States District Court, Northern District of California, MDL 1699.

     AND IT IS ORDERED.

Dated:  __ June 15, 2006 ____



Hon. C
United

IT IS SO ORDERED

Judge Charles R. Breyer