1  Frank Woodson
   Navan Ward
2  **BEASLEY, ALLEN, CROW, METHVIN,**
   **PORTIS & MILES, P.C.**
3  218 Commerce Street
   P.O. Box 4160
4  Montgomery, Alabama 36103
   Telephone: 334-269-2343
5  Facsimile: 334-954-7555
   Attorneys for Plaintiffs
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                  SAN FRANCISCO DIVISION

11

12 | IN RE: BEXTRA AND CELEBREX | Case No. : 05-4783 CRB |
   | MARKETING SALES PRACTICES AND |  |
13 | PRODUCT LIABILITY LITIGATION | MDL NO. 1699 |
   |  | District Judge: Charles R. Breyer |
14

15 Curtis McEldowney, et al.,

16                        Plaintiffs            **STIPULATION AND ORDER OF**
                                                **DISMISSAL WITH PREJUDICE**
17 vs.

18 G.D. Searle, LLC, et al.,

19                        Defendants.

20

21     Come now the Plaintiffs Lloyd E. Mendenhall, Naomi Miller, Beneficiary of the Estate of
22 Ralph D. Miller, Teresa Milton, Beneficiary of the Estate of Ronald L. Milton, Carrie Monk,
23 Beneficiary of the Estate of Nellie Monk, Donald J. Nall, Charles R. Nelson, Mary Ann Orton,
24 Mary M. Parish, Beverly J. Perrin, Jack L. Powell, Orvida J. Proffitt, William J. Redmon, Jan H.
25 Schoenhoest, Greg A. Sears, Helen Sizemore, Bertie L. Skok, David M. Smith, Rodney
26 Sommerville, Bernie A. Stone, Herbert H. Stoops, Wanda M. Talley, Eula Williams, Beryl
27 Wilson, Beneficiary of the Estate of Douglas L. Wilson, John A. Wilson, Sr., Joe W. Wright,
28 Wayne D. Dooley, Linda L. Earl, James S. Elliott, Wilma J. Finley, Margarte L. Foote, Nagel T.

-1-

Franklin, Nolan T. Garrett, Sr., James Goodin, Beneficiary of the Estate of Judy E. Goodin, and Sandy Hunt, Beneficiary of the Estate of James E. Greiner in the above-entitled action and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action **with prejudice** as to the plaintiffs named herein only with each side bearing its own attorneys' fees and costs.

DATED: 12.8, 2009    By: /s/ Navan Ward Jr.

**BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.**
218 Commerce Street
P.O. Box 4160
Montgomery, Alabama 36103
Telephone: 334-269-2343
Facsimile: 334-954-7555

*Attorneys for Plaintiffs*

DATED: Dec. 9, 2009    By: /s/

**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, New York 10020
Telephone: 212-335-4500
Facsimile: 212-335-4501

*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: DEC 1 8 2009

Hon. Charles R. Breyer
United States District Court

-2-